IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD HARRELL,

      Appellant,

v.

FLORIDA DEPARTMENT OF
REVENUE AND SUZETTE
ROSE BANTON,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3799

Opinion filed August 9, 2017.

An appeal from an order of the Florida Department of Revenue.
Ann Coffin, Director.

Richard Harrell, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, MAKAR, and JAY, JJ., CONCUR.